## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Criminal Case No. 13-cr-00191-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  LORI LYNN WEAVER,
      a/k/a: LORI LYNN FROST,

      Defendant.

---

## ORDER SETTING HEARING ON RESTITUTION

---

      It is ORDERED that a hearing on restitution shall be conducted in the United States District Court, Room 235, Durango, Colorado on March 4, 2014 at 9:00 a.m. before Judge Raymond P. Moore, who will appear by VTC from Denver, Colorado.  Additionally, on or before February 18, 2014, the parties and Probation Department shall file a written report as to its view of appropriate restitution and set forth therein the basis and support for any calculations made.

      Dated this 16th day of December, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge