**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00191-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LORI LYNN WEAVER,
    a/k/a: LORI LYNN FROST,

      Defendant.

---

**ORDER RESETTING HEARING ON RESTITUTION**

---

Due to a conflict in the Court's calendar, the hearing on restitution presently scheduled for **March 4, 2014 at 9:00 a.m.** is RESET to **March 3, 2014, at 11:00 a.m.** in the United States District Court, Room 235, Durango, Colorado before Judge Raymond P. Moore. Previously Judge Moore was to appear by VTC from Denver, Colorado, but will now appear in person at this hearing.

Dated this 31st day of December, 2013.

                                    BY THE COURT:

                                    _____
                                    RAYMOND P. MOORE
                                    United States District Judge